IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:12 CV 191



SCHAEFER SYSTEMS
INTERNATIONAL, INC.,

    Plaintiff,

v.

ROBERTUS A. SCHMIT,

    Defendant.

ORDER

Upon Plaintiff's Motion for Expedited Discovery, for good cause shown,

IT IS ORDERED THAT the Plaintiff's Motion for Expedited Discovery is allowed and that:

A.    Schmit shall respond to SSI's First Request for Production of Documents within ten days of the entry of this Order and appear for a deposition upon five days notice;

B.    Daifuku America Corporation and Jervis B. Webb Company shall respond to the document subpoenas within ten days of the entry of their order and appear for Rule 30(b)(6) depositions on five days notice, pursuant to a subpoenas duces tecum; and

C.    Schmit or any person with notice of this Order shall be prohibited from destroying, removing, transferring or altering any documents or other tangible things discoverable in this action under Rule 26.

This 23rd day of May, 2012.

*Graham C. Mullen*

Graham C. Mullen

Senior United Staes District Judge

3114720v1